| | |
|---|---|
| ORTIZ & ORTIZ, L.L.P.<br>35-10 Broadway, Suite 202<br>Astoria, New York 11106 Tel. (718) 522-1117<br>Fax (718) 596-1302<br>email@ortizandortiz.com<br>Norma E. Ortiz, Esq.<br>*Attorneys for the Debtor* | Hearing Date: March 8, 2021<br>Time:  10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
EASTERNDISTRICT OF NEW YORK
---------------------------------------------------------x
In re

VANESSA V DEBELLOTTE a/k/a
VANESSA HARRIS,

                            Debtor.
---------------------------------------------------------x

Case No. 1-18-44202-ess

Chapter 13

### NOTICE OF HEARING ON THE FIRST AND FINAL APPLICATION OF ORTIZ & ORTIZ, L.L.P., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LEGAL COUNSEL TO THE CHAPTER 13 DEBTOR

**PLEASE TAKE NOTICE**, that upon the annexed application (the "Application") of Ortiz & Ortiz, L.L.P. (the "O & O"), the undersigned will move this Court before the Honorable Elizabeth S. Strong, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East Suite 1595 Brooklyn, NY 11201-1800, on the 8th day of March 2021, at 10:00 am, for the entry of an order allowing compensation and reimbursement of expenses incurred in this Chapter 13 case, together with such other and further relief as is just, proper and equitable under the circumstances.  THE HEARING WILL BE CONDUCTED ELECTRONICALLY.  The instructions for appearing at the hearing telephonically can be located at https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in

the Application must be made in writing and must be filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov. If you do not have the ability to file an objection electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with a copy of the objection saved in .pdf format. A copy of the objection must be provided to (a) the Chambers of the Honorable Elizabeth S. Stong and (b) Ortiz & Ortiz, LLP, at the address listed below, so as to be received no later than seven (7) days prior to the hearing. The objection must comply with the Bankruptcy Rules and the Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases for such objection.

Dated: Jan. 5, 2021
New York, NY

    /s/Norma E. Ortiz
Norma E. Ortiz, Esq.
Ortiz & Ortiz, L.L.P.
35-10 Broadway, Suite 202
Astoria, New York 11106
Tel. (718) 522-1117
Fax (718) 596-1302
*Attorneys for the Debtor*